```
1  SHAWN N. ANDERSON
   United States Attorney
2  BENJAMIN K. PETERSBURG
   Assistant United States Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
4  Hagatna, Guam 96910
   Telephone: (671) 472-7332
5  Facsimile: (671) 472-7334
   Attorneys for the United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 19-00031 |
| Plaintiff, | |
| vs. | **UNITED STATES' APPLICATION TO SEAL DOCUMENTS** |
| THOMAS E. MARLER, JAYANIKA LAWRENCE, and JOHN HOBART "BART" LAWRENCE, | |
| Defendants. | |

COMES NOW, the United States of America, by and through the undersigned counsel, and hereby moves this Honorable Court for leave to file Exhibit 1 of United States' Reply to Defendants' Response to United States' Motion to Sever Defendant John Hobart "Bart" Lawrence under seal. This request is made because the exhibit constitutes the statements of defendant John Hobart "Bart" Lawrence which will likely be used as evidence if this matter proceeds to trial. Therefore, the Government requests that this exhibit be sealed in the interest of justice, to preserve the rights of the parties, and to ensure an impartial jury.

Respectfully submitted this 2nd day of July, 2021.

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and NMI

By: _____
BENJAMIN K. PETERSBURG
Assistant U.S. Attorney